**UNITED STATES BANKRUPTCYCOURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

**IN RE:**

Aaron M. Kelley & Jennifer A. Kelley  **Case No. 10-65715-wsd**
**Honorable Walter Shapero**
**Debtors**  **Chapter 13**
_____/

## MOTION TO ALLOW PERMANENT LOAN MODIFICATION

**NOW COMES** the Debtors, by and through counsel, MARRS & TERRY, PLLC, and requests that this Honorable Court enter an order allowing a Permanent Loan Modification.

1. The Debtors have been offered a permanent loan modification by the lender on their primary mortgage, The Northern Ohio Investment Company ("Lender").

2. The Debtors and counsel have reviewed the terms of said modification and believe that acceptance of the permanent loan modification is in the Debtors best interest.

3. The terms of the proposed permanent loan modification are:
    a. Effective September 1, 2013, the outstanding principal balance under the mortgage loan will be $153,971.57.
    b. The maturity date of the mortgage loan will be August 1, 2043.
    c. The interest rate on the unpaid principal balance will be 4.5%.
    d. Effective September 1, 2013, Debtors' ongoing Class 2 mortgage payment for principal and interest will be $780.15 per month. The payment amount shall be subject to future adjustments for changes in insurance and taxes as provided for in the mortgage and consistent with requirements of applicable Federal and State law.
    e. The property securing this mortgage is located at 939 Waterloo, Monroe MI 48161.

4. Payments on said loan shall continue to be treated as a Class 2 claim and paid through the plan. Payment on the Class 4 arrears claim shall cease.

5. The Debtors shall file a plan modification within 30 days of the entry of an order allowing the permanent modification of the loan.

**WHEREFORE,** the Debtors respectfully request that this Honorable Court enter an order allowing the permanent loan modification offered by the lender The Northern Ohio Investment Company.

Respectfully Submitted,

Dated: September 16, 2013

/s/ Tricia Stewart Terry
Tricia Stewart Terry (P59522)
MARRS & TERRY, PLLC
Attorneys for Debtors
6553 Jackson Rd
Ann Arbor MI 48103
(734) 663-0555
tterry@marrsterry.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

IN RE:

| | |
|---|---|
| Aaron M. Kelley & Jennifer A. Kelley | Case No. 10-65715-wsd |
| | Honorable Walter Shapero |
| Debtors. | Chapter 13 |
| _____/ | |

THIS CAUSE having come before the Court upon motion of the Debtors for entry of an Order Allowing Debtors to Enter Into Permanent Mortgage Loan Modification With Creditor The Northern Ohio Investment Bank, it is hereby ORDERED:

1. Debtors' Permanent Loan Modification with Creditor is approved as follows:

    a. Effective September 1, 2013, the outstanding principal balance under the mortgage loan will be $153,971.57.
    b. The maturity date of the mortgage loan will be August 1, 2043.
    c. The interest rate on the unpaid principal balance will be 4.5%.
    d. Effective September 1, 2013, Debtors' ongoing Class 2 mortgage payment for principal and interest will be $780.15 per month. The payment amount shall be subject to future adjustments for changes in insurance and taxes as provided for in the mortgage and consistent with requirements of applicable Federal and State law.
    e. The property securing this mortgage is located at 939 Waterloo, Monroe MI 48161.

2. Payments on said loan shall continue to be treated as a Class 2 claim and paid through the plan. Payment on the Class 4 arrears claim shall cease

3. The Debtors shall file a plan modification within 30 days of the entry of an order allowing the permanent modification of the loan.

IT IS FURTHER ORDERED AND ADJUDGED that except as expressly modified herein, Debtors' plan as confirmed shall remain in full force and effect.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

IN RE:

| | |
|---|---|
| **Aaron M. Kelley & Jennifer A. Kelley** | Case No. 10-65715-wsd |
| | Honorable Walter Shapero |
| **Debtors.** | Chapter 13 |
| _____/ | |


**NOTICE OF DEBTORS' MOTION TO ALLOW PERMANENT LOAN MODIFICATION**

The Chapter 13 debtors have filed papers with the court to allow a permanent loan modification.

**Your rights may be effected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one).**

If you do not want the court to allow Debtors' Motion, or want the court to consider your views on the motion, then within 14 days, you or your attorney must:

1.  File with the court a written response to the Motion, explaining your position, at:
    U.S. Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Marrs & Terry, PLLC | Chapter 13 Trustee |
| 6553 Jackson Rd. | Tammy L Terry |
| Ann Arbor, Michigan 48103 | 535 Griswold St. Suite 2100 |
| | Detroit, MI 48226 |

**If you, or your attorney, do not take these steps, the Court may deem that you do not oppose the relief sought in the motion and may enter an order granting the relief.**

                        **Respectfully submitted,**

                        /s/ Tricia Stewart Terry.
                        Tricia Stewart Terry (P59522)
                        Marrs & Terry, PLLC
                        6553 Jackson Rd.
                        Ann Arbor, Michigan 48103
                        (734) 663-0555
Dated: September 16, 2013           tterry@marrsterry.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

IN RE:

| | |
|---|---|
| Aaron M. Kelley & Jennifer A. Kelley | Case No. 10-65715-wsd |
| | Honorable Walter Shapero |
| Debtors. | Chapter 13 |
| _____/ | |

## PROOF OF SERVICE OF DEBTORS' MOTION TO ALLOW PERMANENT LOAN MODIFICATION

      I hereby certify that on the date indicated below, the **Debtors Motion to Allow Permanent Loan Modification, Notice and Opportunity to Object, and Proof of Service** were served via the Court's ECF system or First Class U.S. Mail upon the following:

*********SEE ATTACHED MATRIX***********

/s/ Tricia Stewart Terry
Tricia Stewart Terry P59522
MARRS & TERRY, PLLC
Attorneys for Debtors
6553 Jackson Rd
Ann Arbor MI 48103
734-663-0555

Dated: September 16, 2013